**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| DON C. LUNDELL, et al, | ) | Case No.: C 05-3970 PVT |
| Plaintiffs, | ) ) ) | **ORDER OF RECUSAL** |
| v. | ) ) | |
| DELL, INC., | ) ) | |
| Defendant. | ) ) | |

On September 30, 2005, Plaintiffs filed the instant action, which was assigned to Magistrate Judge Patricia V. Trumbull.[1]

IT IS HEREBY ORDERED that Judge Trumbull hereby recuses herself from this case. The clerk of the court shall reassign the case to another judge. The hearing on Plaintiffs' Motion to Appoint Interim Class Counsel is VACATED. Plaintiffs shall re-notice their motion on the calendar of the Judge to whom this case is reassigned.

Dated: *11/22/05*

*Patricia V. Trumbull*
PATRICIA V. TRUMBULL
United States Magistrate Judge

---

[1] The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

ORDER, *page 1*