IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Don C. Lundell, et al, | NO. C 05-03970 JW |
| Plaintiffs, | **ORDER STAYING PROCEEDINGS** |
| v. | |
| Dell, Inc., | |
| Defendant. | |

     Pursuant to the parties' stipulation, the Court orders the above entitled matter stayed to facilitate the parties' efforts to resolve the case through mediation. The initial case management conference, currently set for February 27, 2006, is vacated.

     The new case management is set for **March 27, 2005 at 10 a.m.** Pursuant to the Civil Local Rules of this Court, the parties shall submit a case management statement no later than 10 days before the date of the conference.

Dated: December 23, 2005

JAMES WARE  
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Henry John Gutierrez hjgutierrez@lchb.com
John Lee Malesovas jmalesovas@alicobuilding.com
Peter C. Meier petermeier@paulhastings.com

**Dated: December 23, 2005**                               **Richard W. Wieking, Clerk**

                                                           **By:   /s/ JW Chambers**
                                                                   **Ronald L. Davis**
                                                                   **Courtroom Deputy**