**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Don Lundell et al., | NO. C 05-03970 JW |
| Plaintiff(s), | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| Dell, Inc., | |
| Defendant(s). | |

Based upon the parties' representation that they are participating in mediation through JAMS, the case management conference scheduled for March 27, 2006 is continued to June 5, 2006 at 10:00 a.m. The parties shall file an updated joint case management statement no later than May 25, 2006.

Dated: March 22, 2006         /s/James Ware
                              JAMES WARE
                              United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Henry John Gutierrez hjgutierrez@lchb.com
John Lee Malesovas jmalesovas@alicobuilding.com
Peter C. Meier petermeier@paulhastings.com

**Dated: March 22, 2006**                              **Richard W. Wieking, Clerk**

                                           **By:   /s/JW Chambers**
                                                   **Melissa Peralta**
                                                   **Courtroom Deputy**

**United States District Court**
For the Northern District of California