1  NED N. ISOKAWA (SB#. 066287)
   PETER C. MEIER (SB# 179019)
2  SUNG C. KIM (SB# 218522)
   PAUL, HASTINGS, JANOFSKY & WALKER LLP
3  55 Second Street
   Twenty-Fourth Floor
4  San Francisco, CA  94105-3441
   Telephone:  (415) 856-7000
5  Facsimile:  (415) 856-7100

6  Attorneys for Defendant
   Dell Inc.

*IT IS SO ORDERED*
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DON C. LUNDELL and GILLIAN ROBINSON,<br><br>            Plaintiff,<br><br>    vs.<br><br>DELL INC.,<br><br>            Defendant. | CASE NO. C05-03970 JW<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |

This Stipulation is entered into by and between Plaintiffs Don Lundell and Gillian Robinson ("Plaintiffs") and Defendant Dell Inc. ("Dell"), by and through their respective counsel of record:

1. On March 22, 2006, the Court issued an order continuing the Case Management Conference scheduled for March 27, 2006 to June 5, 2006 at 10:00 a.m., based upon the parties' representation that they are participating in mediation. through JAMS.

2. The parties continue to attempt to resolve this matter through the mediation process and have tentatively scheduled a mediation session with JAMS for June 12, 2006.

3. The parties have mutually agreed to continue the case management conference to July 17, 2006, and respectfully request that the Court order the continuation of the Case Management Conference, currently set for June 5, 2006, to July 17, 2006 at 10:00 a.m.

IT IS SO STIPULATED

DATED: June 2, 2006

PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: *[signature]*
Peter C. Meier
Attorneys for Defendant Dell Inc.,

DATED: June 2, 2006

LIEFF, CABRASER, HEIMANN & BERNSTEIN LLP

By: _____
Henry John Gutierrez
Attorneys for Plaintiffs
Don C. Lundell and Gillian Robinson

This Stipulation is entered into by and between Plaintiffs Don Lundell and Gillian Robinson ("Plaintiffs") and Defendant Dell Inc. ("Dell"), by and through their respective counsel of record:

1. On March 22, 2006, the Court issued an order continuing the Case Management Conference scheduled for March 27, 2006 to June 5, 2006 at 10:00 a.m., based upon the parties' representation that they are participating in mediation. through JAMS.

2. The parties continue to attempt to resolve this matter through the mediation process and have tentatively scheduled a mediation session with JAMS for June 12, 2006.

3. The parties have mutually agreed to continue the case management conference to July 17, 2006, and respectfully request that the Court order the continuation of the Case Management Conference, currently set for June 5, 2006, to July 17, 2006 at 10:00 a.m.

IT IS SO STIPULATED

DATED: June 2, 2006                    PAUL, HASTINGS, JANOFSKY & WALKER LLP

                                       By:_____
                                       Peter C. Meier
                                       Attorneys for Defendant Dell Inc.,


DATED: June 2, 2006                    LIEFF, CABRASER, HEIMANN & BERNSTEIN LLP

                                       By:_____
                                       Henry John Gutierrez
                                       Attorneys for Plaintiffs
                                       Don C. Lundell and Gillian Robinson

Case No. C05-03970 JW                  -2-                    STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE

## ORDER

1.     The initial Case Management Conference, currently set for June 5, 2006, will be continued to July 17, 2006 at 10:00 a.m.

DATED: June __5__, 2006

_____
Honorable James Ware
U.S. District Court Judge