IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Don C. Lundell and Gillian Robinson, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br>  v.<br><br>Dell, Inc.,<br><br>        Defendant.<br>_____/ | NO. C 05-03970 JW<br><br>**ORDER TO SHOW CAUSE RE: SETTLEMENT** |

On July 11, 2006, the parties filed a joint case management statement in which they informed the Court they have reached a settlement on all substantive terms and on a mechanism for determining attorneys' fees and costs. The Court construes this as a notice of settlement for this case.

Accordingly, the Court orders the parties to file a stipulated dismissal pursuant to Fed. R. Civ. P. 41(a) on or before **August 28, 2006**. If a dismissal is not filed by the specified date, all parties shall appear in Courtroom No. 8, 4th Floor, United States District Court, 280 South First Street, San Jose, CA, on **September 11, 2006 at 9:00 a.m.**, to show cause, if any, why the case should not be dismissed pursuant to Fed. R. Civ. P. 41(b). If a voluntary dismissal is filed as ordered, the Order to Show Cause hearing will be vacated automatically.

On or before September 5, 2006, the parties shall file a joint statement in response to the Order to Show Cause. The joint statement shall set forth the status of the activities of the parties for

finalizing the settlement and how much additional time is requested to finalize and file the dismissal.

Failure to comply with any part of this Order will be deemed sufficient grounds to dismiss this action.

Dated: July 12, 2006

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Henry John Gutierrez hjgutierrez@lchb.com
John Lee Malesovas jmalesovas@alicobuilding.com
Peter C. Meier petermeier@paulhastings.com

**Dated: July 12, 2006**                                **Richard W. Wieking, Clerk**

                                                        **By:   /s/ JW Chambers**
                                                               **Melissa Peralta**
                                                               **Courtroom Deputy**