IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Don C. Lundell and Gillian Robinson, individually and on behalf of all others similarly situated, | NO. C 05-03970 JW |
| Plaintiffs, | **ORDER VACATING CASE MANAGEMENT CONFERENCE** |
| v. | |
| Dell, Inc., | |
| Defendant. | |

In light of the Court's recently issued Order to Show Cause Re: Settlement, the Court vacates the case management conference currently scheduled for July 17, 2006.

Dated: July 12, 2006

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Henry John Gutierrez hjgutierrez@lchb.com
John Lee Malesovas jmalesovas@alicobuilding.com
Peter C. Meier petermeier@paulhastings.com

**Dated: July 12, 2006**                                    **Richard W. Wieking, Clerk**

                                             **By:   /s/ JW Chambers**
                                                    **Melissa Peralta**
                                                    **Courtroom Deputy**

**United States District Court**
For the Northern District of California