IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Don C. Lundell and Gillian Robinson, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br>  v.<br><br>Dell, Inc.,<br><br>        Defendant.<br>_____/ | NO. C 05-03970 JW<br><br>**ORDER REFERRING MOTION AND HEARING REGARDING PRELIMINARY APPROVAL OF SETTLEMENT TO ASSIGNED MAGISTRATE JUDGE** |

In light of the Court's discussion with the parties' counsel on July 13, 2006, the Court vacates its Order dated July 12, 2006 (Docket Item No. 29) in which the Court required the parties to file a stipulated dismissal by August 28, 2006 and to show cause regarding settlement on September 11, 2006. Given the parties' interest in proceeding expeditiously with approval of a class settlement and the Court's unavailability in July and August, the Court refers the parties to the magistrate judge assigned to this case for matters relating to preliminary approval of the settlement. The parties are directed to contact the chambers of the assigned magistrate judge to file a motion and notice a hearing regarding preliminary approval. Final approval of the settlement shall be noticed to this Court no earlier than September 11, 2006.

Dated: July 14, 2006

                                                                       JAMES WARE<br>
                                                                       United States District Judge

*United States District Court*
*For the Northern District of California*

1  **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2  Henry John Gutierrez hjgutierrez@lchb.com
John Lee Malesovas jmalesovas@alicobuilding.com
3  Peter C. Meier petermeier@paulhastings.com

5  **Dated: July 14, 2006**                                  **Richard W. Wieking, Clerk**

7                                                             **By:   /s/ JW Chambers
       Melissa Peralta
       Courtroom Deputy**

**United States District Court**
For the Northern District of California