IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Don C. Lundell and Gillian Robinson, individually and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br>  v.<br><br>Dell, Inc.,<br><br>      Defendant._____/ | NO. C 05-03970 JW<br><br>**ORDER LIFTING STAY** |

In light of the parties' interest in proceeding with the settlement approval process, the Court lifts the stay in the above entitled matter.

Dated: August 11, 2006

                                        JAMES WARE
                                        United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Henry John Gutierrez hjgutierrez@lchb.com
John Lee Malesovas jmalesovas@alicobuilding.com
Peter C. Meier petermeier@paulhastings.com

**Dated: August 11, 2006**                                    **Richard W. Wieking, Clerk**

                                                              **By:   /s/ JW Chambers**
                                                                   **Snooki Puli**
                                                                   **Courtroom Deputy**