1  NED N. ISOKAWA (SB# 066287) nedisokawa@paulhastings.com
   PETER C. MEIER (SB# 179019)  petermeier@paulhastings.com
2  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   55 Second Street
3  Twenty-Fourth Floor
   San Francisco, CA  94105-3441
4  Telephone:  (415) 856-7000
   Facsimile:  (415) 856-7100
5
   Attorneys for Defendant
6  Dell Inc.

7

8                    **UNITED STATES DISTRICT COURT**

9                    **NORTHERN DISTRICT OF CALIFORNIA**

10                           **SAN JOSE DIVISION**

11

12 | DON C. LUNDELL and GILLIAN ROBINSON, individually and on behalf of all others similarly situated, | **CASE NO. C05-3970 JW/RS** |
   |---|---|
   | Plaintiff, | **[~~PROPOSED~~] ORDER GRANTING DELL INC.'S MOTION TO SHORTEN TIME FOR HEARING ON MOTION TO STRIKE NEW AND IMPROPER EVIDENCE SUBMITTED WITH PLAINTIFFS' COUNSEL'S REPLY BRIEF IN SUPPORT OF MOTION FOR AWARD OF ATTORNEYS' FEES AND COSTS** |
   | vs. | |
   | DELL INC., | |
   | Defendant. | **[NORTHERN DISTRICT L.R. 6-3]** |

1  Pursuant to Northern District of California Local Rule 6-3, Defendant Dell Inc.'s
2  Motion for Order Shortening Time for Hearing on Motion to Strike New and Improper Evidence
3  Submitted with Plaintiffs' Counsel's Reply Brief is hereby GRANTED. Dell's Motion to Strike
4  shall be heard on December 4, 2006, at 9:00 a.m.

DATED: __December 01_, 2006.

By: _____/s/ James Ware_____
THE HONORABLE JAMES WARE

LEGAL_US_W # 55154329.1